

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 19cr10058 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| JOHN DOE, a/k/a RICHARD CHEREMEH, | ) | Count One: False Statement Relating to Naturalization |
| Defendant | ) | (18 U.S.C. § 1015(a)) |
| | ) | |
| | ) | Count Two: Aggravated Identity Theft |
| | ) | (18 U.S.C. § 1028A(a)(1)) |

## INDICTMENT

### COUNT ONE
False Statement Relating to Naturalization
(18 U.S.C. § 1015(a))

The Grand Jury charges:

On or about July 31, 2014, in the District of Massachusetts, the defendant,

JOHN DOE, a/k/a RICHARD CHEREMEH,

did knowingly make a false statement under oath on an Application for Naturalization (Form N-400), a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, that is: that he had never given any U.S. Government official any information or documentation that was false, fraudulent, or misleading, which statement he knew to be false.

All in violation of Title 18, United States Code, Section 1015(a).

## COUNT TWO
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

On or about July 31, 2014, in the District of Massachusetts, the defendant,

JOHN DOE, a/k/a RICHARD CHEREMEH,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, False Statement Relating to Naturalization, in violation of 18 U.S.C. § 1015(a), as charged in Count One.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
CHRISTINE J. WICHERS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: FEBRUARY 14, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12:11 p.