UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-10058-NMG |
| ) | |
| JOHN DOE, a/k/a RICHARD CHEREMEH, ) | |
| ) | |
| Defendant. ) | |

**JOINT MEMORANDUM FOR INTERIM STATUS CONFERENCE
PURSUANT TO LOCAL RULE 116.5(b)**

The United States and counsel for the Defendant file this joint memorandum pursuant to Local Rule 116.5(b), stating the following:

1. The government has provided automatic discovery. There are no pending discovery requests.

2. Defendant is reviewing the automatic discovery and reserves the right to request additional discovery.

3. It does not appear at this time that there is a need for a protective order regarding the dissemination of sensitive information.

4. Defendant does not yet know whether he will file any pretrial motions under Rule 12(b).

5. The parties agree that the government will provide expert disclosures no later than four weeks before trial and the Defendant will provide expert disclosures no later than two weeks before trial.

6. Defendant does not anticipate raising a defense of insanity, public authority, or alibi.

7. The Court has previously excluded the period from February 25, 2019 (the date of Defendant's initial appearance) through July 2, 2019 (the date of the next scheduled status conference), for the purposes of the Speedy Trial Act. The parties agree to the exclusion of the period between July 2, 2019, and the date of the final status conference requested in paragraph 9, pursuant to 18 U.S.C. § 3161(h)(7)(A). The parties submit that the ends of justice served by permitting defense counsel to review and evaluate the discovery outweighs the best interest of the public and the Defendant in a speedy trial.

8. The parties have not yet discussed a possible plea. They estimate that a trial will take approximately one week.

9. The parties request that the final status conference be scheduled during the week of August 5, 2019.

Respectfully submitted,

| | |
|---|---|
| JOHN DOE a/k/a RICHARD CHEREMEH<br>By his attorney, | ANDREW E. LELLING<br>United States Attorney |
| */s/ Charles P. McGinty*<br>CHARLES P. McGINTY<br>Assistant Federal Public Defender<br>51 Sleeper St., 5th Floor<br>Boston, MA 02210<br>(617) 223-8061<br>charles_mcginty@fd.org | By: */s/ Christine J. Wichers*<br>CHRISTINE J. WICHERS<br>Assistant U.S. Attorney<br>One Courthouse Way<br>Boston, MA 02210<br>(617) 748-3278<br>christine.wichers@usdoj.gov |

**Certificate of Service**

I certify that, on July 1, 2019, this document filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christine J. Wichers*
Christine J. Wichers